NUMBER 13-05-255-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

SPENCER’S NOTIONS, INC.,                                             Appellant,

v.

ANDY CALHOUN PROPERTIES, INC.,                                   Appellee.
_________________________________________________________

On appeal from the 333rd District Court of Harris County, Texas
________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, SPENCER’S NOTIONS, INC., attempted to perfect an appeal from a
judgment entered by the 333rd District Court of Harris County, Texas, in cause
number 2003-37738. Judgment in this cause was signed on December 3, 2004. A
timely motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant’s
notice of appeal was due on March 3, 2005, but was not filed until March 15, 2005. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect its appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 19th day of May, 2005.